# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

FILED

2009 JUN 29 P 3: 54

### JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

MIDDLE DISTRICT OF FLORIDA

JACKSON   VILLE FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER:   3:04-cr-226-J-25TEM
USM NUMBER:   30650-018

V.

RICHARD DANIEL LEIJA

Defendant's Attorney: Susan Yazgi, Esq. (pda)

## THE DEFENDANT

**X**   Defendant admitted guilt to violation of Allegation number(s) **1-4** of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to notify ten days prior to any change in residence, in violation of the Special Conditions of Release | December, 2008 |
| Two | Travel outside the district without Permission, in violation of the Special Conditions of Release | March 20, 2009 |
| Three | Travel outside the district without Permission, in violation of the Special Conditions of Release | April 17, 2009 |
| Four | Failure to notify probation officer within Seventy-two hours after being arrested or questioned by a law enforcement officer, in violation of the Special Conditions of Release | April 23, 2009 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant:    RICHARD DANIEL LEIJA          Judgment - Page _2_ of _4_
Case No.:    3:04-cr-226-J-25TEM

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 18, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: June _27_, 2009

| | | |
|---|---|---|
| Defendant: | RICHARD DANIEL LEIJA | Judgment - Page 3 of 4 |
| Case No.: | 3:04-cr-226-J-25TEM | |

## SUPERVISED RELEASE
The defendant shall be reinstated on the original terms and conditions supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

__X__    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

__    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

__    The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | | |
|---|---|---|
| Defendant: | RICHARD DANIEL LEIJA | Judgment - Page 4 of 4 |
| Case No.: | 3:04-cr-226-J-25TEM | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__      The defendant shall participate in the Home Detention program for a period of __90 day__. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.