# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

## JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

' 2009 SEP 24 P 2: 36

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACK ...

## UNITED STATES OF AMERICA

v.

RICHARD DANIEL LEIJA

CASE NUMBER:   3:04-cr-226-J-25TEM
USM NUMBER:   30650-018

Defendant's Attorney: Sylvia Irvin, Esq. (pda)

## THE DEFENDANT

**X**     admitted guilt to violation of allegation number(s) 1 -6   of the terms of
supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #61).

**X**     Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to answer truthfully, in violation of the Special Conditions of Release | June 18, 2009 |
| Two | Failure to comply with the Home Detention Program, in violation of the Special Conditions of Release | July 2, 2009 |
| Three | Failure to answer truthfully, in violation of the Special Conditions of Release | July 12, 2009 |
| Four | Failure to answer truthfully, in violation of the Special Conditions of Release | July 13, 2009 |
| Five | Failure to answer truthfully, in violation of the Special Conditions of Release | Ju37 13, 2009 |
| Six | Failure to comply with the Home Detention Program, in violation of the Special Conditions of Release | August 1, 2009 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant:   RICHARD DANIEL LEIJA                    Judgment - Page _2_ of _4_
Case No.:    3:04-cr-226-J-25TEM

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 16, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: September 24, 2009

Defendant:    **RICHARD DANIEL LEIJA**            Judgment - Page 3 of 4
Case No.:    3:04-cr-226-J-25TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **thirty (30) days.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

      ____ at _____ a.m.    p.m.    on _____.

      ____ as notified by the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons OR report to the United States Marshall:

      __X__ before **3:00 p.m.** on **September 24, 2009** .

      ____ as notified by the United States Marshal.

      ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
                  DEPUTY UNITED STATES MARSHAL

Defendant:     RICHARD DANIEL LEIJA                    Judgment - Page 4 of  4
Case No.:      3:04-cr-226-J-25TEM

## SUPERVISED RELEASE

After confinement the Defendant shall not be placed on Supervised Release.